

## APPEARANCE FORM FOR PRO SE LITIGANTS
## DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: _Christopher Briggs_
(Please print)

STREET ADDRESS: _3358 N. NEVA_

CITY/STATE/ZIP: _Chicago, Illinois    60634_

PHONE NUMBER: _847-687-5590_

CASE NUMBER:
**08CV2860
JUDGE COAR
MAG. JUDGE NOLAN**

_Signature_

_5-16-2008_
Date

**FILED**

MAY 1 6 2008  T C
MAY 1 6 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT