# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | David H. Coar | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2860 | **DATE** | 5/23/2008 |
| **CASE TITLE** | Christopher Briggs vs. Ian S. Kasper, et al | | |

**DOCKET ENTRY TEXT**

Application [4] by Plaintiff Christopher Briggs for leave to proceed in forma pauperis is Granted. Status hearing set for July 16, 2008 at 9:00 a.m.
/s/David H. Coar
David H. Coar, U.S. District Judge

Docketing to mail notices.

| | Courtroom Deputy Initials: | PAMF |
|---|---|---|

Case 1:08-cv-02860 Document 5 Filed 05/23/2008 Page 1 of 1