IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

Christopher Briggs,
    Plaintiff,

v.

Ian S. Kasper,
Jason Humke,
    Defendants.

Civil Action No: 1:08-cv-2860

Hon. David H. Coar,
    Judge presiding

FILED
JUL 30 2008 PH
Jul 30, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

To: Ian S. Kasper, 33 N. County Street, Waukegan, Illinois 60085
    Jason Humke, 18 N. County Street, Waukegan, Illinois 60085

**NOTICE OF MOTION**

PLEASE TAKE NOTICE THAT on September 17, 2008 at 9:00 a.m., or as soon thereafter as litigants may be heard, I shall appear before the Honorable David H. Coar or other judge presiding in Courtroom 1419 of the Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois, and present MOTION OF PLAINTIFF UNDER FED.RULES CIV.PROC.RULE 59(e) TO ALTER OR AMEND JUDGMENT RELATING TO ORDER (Doc 9) DISMISSING CASE SUA SPONTE.

    I hereby certify under the pains and penalties of perjury that a Duplicate of this NOTICE OF MOTION was served upon the above designated parties by placing same in the U.S. Mail on July 30, 2008 with proper and sufficient postage attached and prepaid.

*/s/ Christopher Briggs*
Christopher Briggs
P. O. Box 56001
Harwood Heights, Illinois 60656-0001
847 687-5590

July 30, 2008