# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | David H. Coar | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2860 | **DATE** | 8/1/2008 |
| **CASE TITLE** | BRIGGS vs. KASPER, ET AL | | |

**DOCKET ENTRY TEXT**

The motion to alter or amend [10] is granted. The order dismissing this case is vacated and the matter is reset for status on August 13 at 9:00 a.m. Plaintiff is hereby informed that if he fails to appear for that status, this case will be dismissed without further notice.

Docketing to mail notices.

| | Courtroom Deputy Initials: | TP |
|---|---|---|