

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

Christopher A. Briggs,            ]
      Plaintiff,            ]
              ]
        v.            ]            Civil Action No: 1:08-cv-2860
              ]
Ian S. Kasper,            ]            Hon. David H. Coar,
Jason Humke,            ]                      Judge presiding
      Defendants.            ]

## RESPONSE OF PLAINTIFF TO ORDER (Doc 12)

Plaintiff Christopher A. Briggs respectfully asks that the status hearing set for August 12, 2008 be reset because of Plaintiff's medical condition.

Plaintiff collapsed and fell on July 30, 2008 and was taken to Stroger Cook County Hospital. (see attached and incorporated exhibits).

Plaintiff was diagnosed with vertigo, a condition which causes Plaintiff to have sudden attacks of dizziness, weakness, and loss of balance, and makes it impossible for Plaintiff to walk without falling. (see attached exhibits).

Plaintiff continues to have these attacks, which are frequent and unpredictable, and are sometimes accompanied by upset stomach and vomiting.

Under the pains and penalties of perjury according to 28 U.S.C. § 1746, the undersigned certifies that the statements set forth in this instrument are true and correct to the undersigned's best personal knowledge, information and belief.

Respectfully submitted,

*Christopher Briggs*

Christopher Briggs
3358 N. Neva
Chicago, Illinois 60634
847 687-5590

FILED

AUG 1 2 2008
Aug 12. 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

1

**CERTIFICATE OF SERVICE**

I hereby certify under the pains and penalties of perjury that a Duplicate of this RESPONSE OF PLAINTIFF TO ORDER (Doc 12) was served upon the parties designated below by placing same in the U.S. Mail on August 11, 2008 with proper and sufficient postage attached and prepaid.

Ian S. Kasper, 33 N. County Street, Waukegan, Illinois 60085
Jason Humke, 18 N. County Street, Waukegan, Illinois 60085

Christopher Briggs

John H. Stroger, Jr. Hospital
1901 W. Harrison St.
Chicago, Illinois 60612
(312-864-6000)

**EMERGENCY SERVICES**
**AES/PEDS/ASC**

PtNo- **BRIGGS, CHRISTOPHER**
DOB-04/25/1956 Age- 52Y FC-Limit of Liability 07/30/2006
Acc#0215159120 SHOC ED  Mrs#006536670c

Time Registered    Time Discharged

M.I.    PATCOM #

**Last Name**    **First Name**

**Address**    City    State    Zip Code    Phone 312

**I.D.**

**Unit Number**    Serr. Date    Age    Sex Race    Marital Status    Religion    Social Security Number    Lang. Code

Fin. Class    Ins. Local    Insurance Name    Pol Subscrib/Recip #    Group/Case ID #

**INFO**

Relationship

Consent Agreement Seeking medical examination, diagnosis and treatment of myself, or the patient of whom I am guardian or parent, for alleviation of the following complaint(s) of pain or ill being. I do hereby request, authorize and consent to such physical diagnostic procedures as may enable, aid or assist physicians at John H. Stroger, Jr. Hospital to determine the causes of the following complaints and or symptoms, and to provide such treatment as may be required.

Patient Brought to JSH From    | AW | + | - |
How/Sq. Amb. Bldg.              | SC | + | - |
Information Obtained From       | CD | + | - |

Signature    Relation

**TRIAGE**

Medications:    Allergies: PCN    CPD Bed #    Past Medical History
                                  Star #                    Ø
                                  Talks ☐ Coh. ☐ Incoh. ☐ Unable
                                  Ambulatory ☐ Yes ☐ No    Triage Time:    RN Signature
                Last Tetanus  HT  WT    Triage Problem List

BP 140/87    Temp. 90³    Pulse 75    Resp. 24    LNMP    1
95⁴          Triage To:  / ICC    Beverly Store    Next of Kin    2

**HEALTH CARE PROVIDER (Clinic & MD Name)**

**Time Seen (Military Time)**  1430

cc syncope prodrome

52yo male c/o ~~vertigo~~ ~~this~~ afternoon
upon standing felt fine then
reports he felt w/ around 1 hour
he doe not ... ... happened
he awoke on his shoulder
continued incontinence flow
c/o vertigo ... with bilat ...
~~it states~~ run report sb he was in
~~mind~~ at the time pt sb he was

**HISTORY**

**PHYSICAL EXAM**

... ... ...
Heent mmm neck supple pupils
EPRLA bruising CN II-XII grossly
intact.
Heart S1 R R L2
Lungs CTA bilat
Abd soft NTND bkxh bhsin
Neuro: gait wide and slow ... ...
neg PRID DTR equal LE bilat
... ... pulses 2+ strength 5/5 bilat

MEDICAID  B one emission
UA  Blood tox
urine tox
Heplock  EKG
CT Brain
Medizine 25mg po 1430
Blahulzpas
C A730
~~21:16~~ OL
T-97³
P-80
BP-111/61  SaO2

Consult/Time

Printed MD/NP (Print & Sign Name)
Blahulzpas.

| TEST RESULTS | 7.0/15.3/260  UA - WDL(?)  Um TOX (−) | Pelvic CT Head (−) |

**RE-EVALUATIONS/ PROCE-DURES**

16:58 - Patient doing okay - still dizzy requests to eat _____ that we _____ awaits for _____ Order. No current _____

**DISCHARGE DIAGNOSES**

**DIAGNOSES**

Tel _____ _____ p_____
admit to CD _____
severe pain _____ II
vomiting _____ further
LP(CAN)

Patient Sig:

**CONDITION ON DISCHARGE**
☑ Improved ☐ Unchanged
☐ Other

May Return to Work/School
☐ Immediately
☐ In ___ Days ☐ Unspecified

**DISPOSITION**
Disposition: ☑ Home ☐ AMA ☐ D.I.E. ☐ DOA
☐ Ret. To AES On _____ At ___ AM/PM
for:

Discharge information sheets given:
☐ No
Answer
Title

| Clinic Referral: | | Date | Doctor |
|---|---|---|---|
| _____ | | | |

**SIGNATURES**

Dx: ☐ Monitored   Non Monitored ☐   Accepted By:
Diagnosis:

**ADMIT DATA**

| Admit Ward MD – Name | Service (& Ward #) |
| Admit Ward MD – Pager | Service Code |

Signature of Attending MD Print Name

Alcohol within 72 hours  Y  N
Last Drink: _____

Admission Rationale:

John H. Stroger, Jr. Hospital
1901 W. Harrison St.
Chicago, Illinois 60612
(312-864-6000)

Prescription Order
PHARMACY COPY

AES/PEDS/ASC
264226

Ptnm: BRIGGS, CHRISTOPHER
DOB - 04/25/1966 Age - 52 Y PC-Limit of Liability 07/30/2008
Acct:0215180120 SHOC ED  MR#004536570c

| RX | | Order | (Physicians Signature After Last Order) | ☐ Spanish Instructions | ☐ Polish Instructions |
|---|---|---|---|---|---|
| | 1 | | | | |
| | 2 | | | | |
| | 3 | | | | |
| | 4 | | | | |
| | 5 | | | | |

VOID

DEA/Illinois Lic #: _____  Physician Reg: _____  ☐ MAY SUBSTITUTE _____ M.D
Supv. ID #: _____  Pager # _____  AES  ☐ MAY NOT SUBSTITUTE _____ M.D

PATIENT

## Cook County Bureau of Health Services – Stroger Hospital
## Adult Emergency Department

## PERSON INFORMATION

Name BRIGGS, CHISTOPHER

Address 809 N COUNTY ST Waukegan IL 60085

MRN 004538670c

Age 52 Years

Phone (847) 662-1957

LOS 000 07:37

PCR

## CHIEF COMPLAINTS

CHIEF COMPLAINT: Dizziness 780.4

SECONDARY COMPLAINT:

## VITALS INFORMATION

| Vital Sign | Blood Pressure | Pulse Rate | Respiratory Rate | Temp | O2 Sat |
|------------|----------------|------------|------------------|------|--------|
| Triage 7/30/2008 1:46 PM | 140 mm/Hg / 87 mm/Hg | 75 bpm | 20 breaths/min | 98.3 DegF | 95 % |

## MEDICAL INFORMATION

Allergy Info:
  ampicillin

## NEW PRESCRIPTIONS

| Prescription | Display |
|--------------|---------|
| meclizine | 25 MG PO BID #14 TAB 0 Refill(s) 0 Tot. Refills |

## PREVIOUS MEDICATIONS TO CONTINUE

## PATIENT EDUCATION INFORMATION

Instructions:
  VERTIGO, unspecified

1 of 1

Name: CHISTOPHER BRIGGS   MRN: 004538670c

Patient Education Materials Follows
Injury & Illness

# VERTIGO

Vertigo is a false feeling of motion (as if you or the room is spinning).  A vertigo attack may cause extreme nausea, vomiting and heavy sweating.   Severe vertigo causes a loss of balance and may result in falling.  During an attack of vertigo, head movement and body position changes will worsen symptoms.

There are several causes for this condition such as a viral infection of the inner ear, head injury, aging and other disease of the balance centers of the brain.

An episode of vertigo may last seconds, minutes or hours. Once you are over the first episode of vertigo, it may never return. However, sometimes symptoms recur off and on over several weeks or longer, depending on the cause.

<u>HOME CARE:</u>

1) If symptoms are severe, rest quietly in bed. Change positions slowly. There is usually one position that will feel best, such as lying on one side or lying on your back with your head slightly raised on pillows.

2) <u>Do not drive</u> or work with dangerous machinery for one week after symptoms disappear, in case of a sudden return of symptoms.

3) Take medicine as prescribed to relieve your symptoms.  Unless another medicine was prescribed for nausea, vomiting and vertigo, you may use over-the-counter motion sickness pills, such as meclizine (Bonine, Bonamine, Antivert and other brand names).

<u>RETURN PROMPTLY</u> or contact your doctor if any of the following occur:
  – Worsening of symptoms
  – Fever over 99.5
  – Vomiting not relieved by medicine prescribed
  – Increased weakness or fainting
  – Severe headache or unusual drowsiness
  – Difficulty with speech, vision or movement of arms or legs

G

Stroger Hospital Outpatient Pharmacy
1901 W. Harrison St.
Chicago, IL 60612
312-864-6000

**Patient Name: BRIGGS, CHISTOPHER**

| | | | |
|---|---|---|---|
| Birthdate: 04/25/1956 | Age: 52 Years | Sex: Male | MRN: 0045386-0c |

Allergies: ampicillin

Pharmacist please note---Allergy list may be incomplete.

Patient Address:    809 N COUNTY ST          Home Phone:    (847) 662-1957
                    Waukegan, IL 60085
County:             Lake

**Prescription Details:**

Rx: **meclizine**
    SIG:            **25 MG PO BID for 1 WEEK**          Start Date: 07/30/2008
    Dispense/Supply: **#14 TAB (forteen)**

Prescribed by: NICOLE LUNCEFORD, SH – AES – Resident Signature: _____

DEA #: _____          Print Name: _____ LUNCEFY _____

[ ]    Dispense as Written          Supervising MD: _____

[ ]    May Substitute